IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAURA BARTONI,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

No. C 15-01126 WHA

**ORDER RE JOINT NOTICE OF SETTLEMENT**

In this ERISA action, on May 1, the parties filed a notice stating that they have "reached a settlement of this matter in its entirety." They request 45 days to "finalize" their settlement documents and to file a stipulation of dismissal. In turn, they request that the June 4 initial case management conference be vacated.

In light of the parties' representations, the June 4 initial case management conference is hereby continued to **JUNE 18 AT 11:00 A.M.** The joint case management conference is due by **JUNE 11 AT NOON**.

**IT IS SO ORDERED.**

Dated: May 4, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE